995 A.2d 874

**Andr'e L. YOUNGER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 5 EM 2010.**

Supreme Court of Pennsylvania.

June 7, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2010, the Application for Extraordinary Relief is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is improper). The Prothonotary is directed to forward this filing to counsel of record.